UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODOLFO SALGADO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RIGNEY, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 3:21-CV-00411-RCJ-CSD<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 4(m)** |

　　　　The Court filed the Notice of Intention to Dismiss Pursuant to FRCP 4(m) (ECF No. 20) on November 21, 2022.  Plaintiff was ordered to provide the Court with proof of service as to the following parties: **MILLER, BROWN, DIAMOND and JOHNSON** on or before December 21, 2022.

　　　　Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (internal citations and quotations omitted).  All five factors point in favor of dismissal.

ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 4(m) - 1

Plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to file proof of proper service with this Court pursuant to FRCP 4(m) and failure to comply with the Notice of Intention to Dismiss (ECF No. 20).

IT IS HEREBY ORDERED that this action is **DISMISSED WITHOUT PREJUDICE** as to Defendants: **MILLER, BROWN, DIAMOND and JOHNSON** for Plaintiff's failure to comply with the Court's Notice of Intention to Dismiss (ECF No. 20) pursuant to FRCP 4(m).

IT IS SO ORDERED.

Dated this 6th day of February 2023.

_____
ROBERT C. JONES
United States District Judge